**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-1522**

───────────

HERBERT HAYES,

                              Plaintiff - Appellant,

        versus

GEMMA POWER SYSTEM, LLC; EDDIE HACELTON,

                              Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (CA-01-312-5-F)

───────────

Submitted:  September 8, 2003      Decided:  October 22, 2003

───────────

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Herbert Hayes, Appellant Pro Se. Allen Holt Gwyn, Jr., CONNER, GWYN
& SCHENCK, P.L.L.C., Greensboro, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herbert Hayes appeals the district court's orders granting Respondents' motion for summary judgment in his employment discrimination action and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hayes v. Gemma Power Sys., L.L.C., No. CA-01-312-5-F (E.D.N.C. Feb. 19, 2003 & Apr. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED